OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 10 2015
$ 000.27⁵

11/6/2015

GONZALES, ROBERT          Tr. Ct. No. 26668A-422          WR-84,155-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

ROBERT GONZALES
CCA - PALO PINTO CO. - TDC # 1574107
759 HEINTZELMAN RD.
MINERAL WELLS, TX 76067          UTF